UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| | : | VIOLATIONS: |
| CHRISTOPHER LIGHT, | : | 22 D.C. Code §§ 2801, 4502 |
| | : | (Armed Robbery) |
| Defendant. | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During Crime of |
| | : | Violence) |
| | : | 18 U.S.C. § 2119(1) |
| | : | (Carjacking) |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying, and Possessing a |
| | : | Firearm During and in Relation to and in |
| | : | Furtherance of a Crime of Violence) |
| | : | 22 D.C. Code §§§ 2802, 4502, 1801 |
| | : | (Attempt to Commit Robbery While |
| | : | Armed) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about February 4, 2024, within the District of Columbia, **CHRISTOPHER LIGHT**, while armed with a firearm, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of P.P., property of value belonging to P.P., consisting of an iPhone and jewelry.

(**Armed Robbery**, in violation of Title 22, District of Columbia Code, Sections 2801, 4502 (2001 ed.))

## COUNT TWO

On or about February 4, 2024, within the District of Columbia, **CHRISTOPHER LIGHT**, did possess a firearm, while committing the crime of Armed Robbery as set forth in Count One of this indictment.

**(Possession of a Firearm During Crime of Violence**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT THREE

On or about February 5, 2024, within the District of Maryland, **CHRISTOPHER LIGHT**, took a motor vehicle, specifically a 2017 Mercedes E300, that had been transported, shipped, and received in interstate commerce from A.B. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

**(Carjacking**, in violation of Title 18, United States Code, Section 2119(1))

## COUNT FOUR

On or about February 5, 2024, within the District of Maryland, **CHRISTOPHER LIGHT** did unlawfully and knowingly use and carry a firearm during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Count Three of this Indictment, which is incorporated herein, a firearm.

**(Using, Carrying, and Possessing a Firearm During and in Relation to and in Furtherance of a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT FIVE

On or about February 5, 2024, within the District of Columbia, **CHRISTOPHER LIGHT**, while armed with a firearm, did attempt, by force and violence, against resistance and by putting in fear, to steal and take property from the person and from the immediate actual possession of J.M.

> **(Attempt To Commit Robbery While Armed**, in violation of Title 22, District of Columbia Code, Sections 2802, 4502, 1801 (2001 ed.))

## COUNT SIX

On or about February 5, 2024, within the District of Columbia, **CHRISTOPHER LIGHT** did possess a firearm, while committing the crime of Attempted Armed Robbery as set forth in Count Five of this indictment.

> **(Possession of a Firearm During Crime of Violence**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count Seven of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm(s) and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock 22, .40 caliber semi-automatic firearm and .40 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*[signature]*
Attorney of the United States in
and for the District of Columbia.

4